CUP CRAFT PAPER CORPORATION, Plaintiff, v. FEDERAL PAPER BOARD CO., INC., et al., Defendants.

NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of CUP CRAFT PAPER CORPORATION, Appellant; ISIDORE E. SCHLESINGER et al., Copartners under the Firm Name of SCHLESINGER & KRINSKY, Respondents.

Submitted January 19, 1942; decided January 22, 1942.

*Ludwig Teller* for motion.

*Henry Braverman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files an undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.